# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNIVERSAL DYNAMICS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **8:08CV391** |
| | ) | |
| **H-P PRODUCTS, INC., and DAN GAYLORD,** | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Amended Motion (Doc. 31) for leave to file an amended complaint.

Upon the representation that opposing counsel do not object, and pursuant to NECivR 15.1 and Fed. R. Civ. P. 15(a),

**IT IS ORDERED** that the motion (Doc. 31) is granted. Plaintiff shall file and serve the Amended Complaint no later than February 13, 2009. Adverse parties shall respond within the time allowed by Fed. R. Civ. P. 15(a).

**DATED February 4, 2009.**

          BY THE COURT:

          s/ F.A. Gossett
          **United States Magistrate Judge**