## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNIVERSAL DYNAMICS, INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:08CV391 |
| | ) | |
| H-P PRODUCTS, INC. and DAN | ) | ORDER |
| GAYLORD d/b/a INDEPENDENCE | ) | |
| PORCELAIN ENAMEL, | ) | |
| | ) | |
| **Defendants.** | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' joint motion for extension of time (Doc. 41) is granted.  The initial progression order (Doc. 23) is hereby amended to provide that Plaintiff shall identify expert witnesses no later than March 18, 2009 and Defendants shall identify expert witnesses no later than April 18, 2009.

**DATED March 3, 2009.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge