## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNIVERSAL DYNAMICS, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **H-P PRODUCTS, INC., and** ) <br> **DAN GAYLORD d/b/a** ) <br> **INDEPENDENCE PORCELAIN** ) <br> **ENAMEL,** ) <br> ) <br> **Defendants.** ) | **8:08CV391** <br><br> **SCHEDULING ORDER** |

Counsel appeared telephonically for a Rule 16 conference. Robert Slovek represented the plaintiff. Susan Stryker represented defendant H-P Products and Gerald Friedrichsen represented defendant Gaylord. Progression of the case reviewed. By agreement,

**IT IS ORDERED:**

1. The case will not be stayed, but the parties shall have until **May 15, 2009** to participate in mediation pursuant to the Mediation Plan for the U.S. District Court, District of Nebraska. Other information regarding mediation, including a list of federal mediators, is available on the court's web site, www.ned.uscourts.gov.

2. By **March 30, 2009**, the parties shall notify the court of their choice of mediator and the date of their mediation session.

3. Plaintiff's counsel shall electronically file a status report within five business days following the completion of the parties' settlement meeting, advising whether the case has been settled.

4. The Clerk shall bring this file to the attention of the undersigned on **May 19, 2009**, or when notified that the mediation has been completed, whichever occurs first.

5.   The Rule 16 conference is continued to **May 21, 2009 at 10:30 A.M.**, by telephone call initiated by plaintiff's counsel.

**DATED: March 9, 2009.**

**BY THE COURT:**

**S/ F. A. Gossett**
**United States Magistrate Judge**