IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNIVERSAL DYNAMICS, INC., <br><br> Plaintiff, <br> v. <br> H-P PRODUCTS, INC. and <br> DAN GAYLORD D/B/A INDEPENDENCE <br> PORCELAIN ENAMEL, <br><br> Defendants. | Case No. 8:08-cv-391 <br><br> ORDER GRANTING JOINT MOTION <br><br> FOR LEAVE TO AMEND PLEADINGS |

This matter is before the Court on the Parties' Joint Motion for Leave to Amend Plaintiff's Amended Complaint and Defendants' Answers to the proposed Second Amended Complaint (Filing No. 79). Having fully considered the Parties' Joint Motion, the court finds that the motion should be granted.

**IT IS ORDERED** that the Joint Motion for Leave to Amend is granted, as follows:

1) Plaintiff may file and serve a Second Amended Complaint substantially in the form of the Second Amended Complaint attached to the Joint Motion as Exhibit 1. The Second Amended Complaint shall be filed and served no later than October 30, 2009.

2) Defendants may file and serve Answers to Plaintiff's Second Amended Complaint in the form of the Proposed Answers attached to the Joint Motion as Exhibits 2 and 3. The answers shall be filed and served within the time allowed by Fed. R. Civ. P. 15(a).

DATED October 26, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge