IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WHITE CAP CONSTRUCTION SUPPLY, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| TIGHTON FASTENER AND SUPPLY CORPORATION d/b/a Tighton Tools & Fasteners, Inc.; MATT UPDIKE; MIKE NENEMAN; RICH WHITE; GREG ASCHE; JASON JARZYNKA; and BILL SHUMAKER, | ) ) ) ) ) ) ) ) | 8:08CV264<br><br>ORDER |
| Defendants. | ) ) | |

For good cause shown,

**IT IS ORDERED** that plaintiff's Motion for Enlargement of Time (#103) is granted, and plaintiff is given an extension of time to December 3, 2009 in which to produce responsive documents pursuant to the court's November 13, 2009 Order (#96).

DATED November 18, 2009.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**