IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNIVERSAL DYNAMICS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:08CV391 |
| v. | ) | |
| | ) | ORDER |
| **H-P PRODUCTS, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

For good cause shown,

**IT IS ORDERED** that plaintiff's Motion for Enlargement of Time (#103) is granted, and plaintiff is given an extension of time to December 3, 2009 in which to produce responsive documents pursuant to the court's November 13, 2009 Order (#96).

**DATED November 18, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**