IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNIVERSAL DYNAMICS, INC.,** | ) | **CASE NO. 8:08CV391** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **H-P PRODUCTS, INC. and DAN GAYLORD d/b/a INDEPENDENCE PORCELAIN ENAMEL,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on Plaintiff's Motion for Leave to File a Response (Filing No. 114). In its Motion, Plaintiff requests leave to file a sur-reply brief to respond to the allegations contained the reply brief of Defendant H-P Products, Inc. ("H-P Products") that address contamination parentage. This issue has been fully argued by both parties in the context of H-P Products' Motion in Limine (Filing No. 84).

IT IS ORDERED that the Plaintiff's Motion for Leave to File a Response (Filing No. 114) is denied.

DATED this 25th day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Court