IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNIVERSAL DYNAMICS, INC., | ) | CASE NO. 8:08CV391 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| H-P PRODUCTS, INC. and DAN GAYLORD d/b/a INDEPENDENCE PORCELAIN ENAMEL, | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion to Extend Deadline for Pretrial Submissions (Filing No. 151). In its Motion, Plaintiff requests that the Court extend the deadline for the filing and service of certain items listed in the Court's December 17, 2009, Order Re: Trial Preparation (Filing No. 141). The deadline for filing and service of these items is currently January 5, 2010, and the Plaintiff requests the Court to extend the deadline to January 7, 2010. The Court has considered the Plaintiff's Motion and finds that it should be granted. Accordingly,

IT IS ORDERED

1. Plaintiff's Motion to Extend Deadline for Pretrial Submissions (Filing No. 151) is granted;

2. The deadline for the submission, filing, and service of the items listed in Paragraphs 3, 4, 5, and 6 of the Court's December 17, 2009, Order Re: Trial Preparation (Filing No. 141) is extended to January 7, 2010.

DATED this 30th day of December, 2009.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge