IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNIVERSAL DYNAMICS, INC.,** | ) | CASE NO. 8:08CV391 |
| **Plaintiff,** | ) | |
| v. | ) | ORDER |
| **H-P PRODUCTS, INC. and DAN GAYLORD d/b/a INDEPENDENCE PORCELAIN ENAMEL,** | ) | |
| **Defendants.** | ) | |

Upon notice given to the District Judge on January 4, 2010, by the Plaintiff that the above-captioned case has settled,

**IT IS ORDERED**:

1. On or before February 4, 2010, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order that will fully dispose of the case. If the case is being dismissed, then the stipulation shall comply with Fed. R. Civ. P. 41(a)(1), and shall state whether the dismissal is with or without prejudice;

2. Any motions currently pending are denied without prejudice as moot; and

3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 4th day of January, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge