IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNIVERSAL DYNAMICS, INC., | ) | CASE NO. 8:08CV391 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AND |
| | ) | FINAL JUDGMENT |
| H-P PRODUCTS, INC. and DAN GAYLORD d/b/a INDEPENDENCE PORCELAIN ENAMEL, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' stipulations for dismissal (Filing Nos. 158, 159, 162, 164, 165, and 166).  The stipulations comply with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that they should be approved.  The parties will bear their own costs and attorney fees, complete record waived.  Accordingly,

IT IS ORDERED:

1. The parties' Stipulations for Dismissal (Filing Nos. 158, 159, 162, 164, 165 and 166) are approved;

2. All claims asserted by Plaintiff Universal Dynamics, Inc. against Defendants H-P Products, Inc. and Dan Gaylord d/b/a Independence Porcelain Enamel, are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees, complete record waived.

DATED this 4th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge